# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAWSON GUY STEVE,

    Plaintiff,

vs.

MASHALL PRAWITZ, et al.,

    Defendants.

Case No. 3:11-CV-00423-HDM-(RAM)

**ORDER**

    Plaintiff has submitted a motion for the marshal to serve summons and complaint (#11). On August 23, 2011, the court directed the United States Marshal to serve upon defendants summons and the second amended complaint, after plaintiff provided the marshal with the completed Forms USM-285. Order (#7). Although plaintiff has attached to his motion copies of letters to the marshal, nothing in plaintiff's motion indicates that he has provided the marshal with those forms.

    IT IS THEREFORE ORDERED that plaintiff's motion for the marshal to serve summons and complaint (#11) is **DENIED**.

    DATED: November 30, 2011.

_____
HOWARD D. MCKIBBEN
United States District Judge