# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAWSON GUY STEVE,<br>    Plaintiff,<br>vs.<br>MASHALL PRAWITZ, et al.,<br>    Defendants. | Case No. 3:11-CV-00423-HDM-(RAM)<br>**ORDER** |

Petitioner has submitted a motion for court to reconsider order (#13) and a motion fora limited extension of time for U.S. Marshal to effect service upon defendants (#14). These motions are moot because the U.S. Marshall has served defendants (#15, #16, #17).

IT IS THEREFORE ORDERED that plaintiff's motion for court to reconsider order (#13) and motion fora limited extension of time for U.S. Marshal to effect service upon defendants (#14) are **DENIED** as moot.

DATED: December 30, 2011.

_____
HOWARD D. MCKIBBEN
United States District Judge