# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LAWSON GUY STEVE,

    Plaintiff,

vs.

MASHALL PRAWITZ, et al.,

    Defendants.

Case No. 3:11-CV-00423-HDM-(RAM)

**ORDER**

    Petitioner has submitted a motion for court to reconsider order (#13) and a motion fora limited extension of time for U.S. Marshal to effect service upon defendants (#14).  These motions are moot because the U.S. Marshall has served defendants (#15, #16, #17).

    IT IS THEREFORE ORDERED that plaintiff's motion for court to reconsider order (#13) and motion fora limited extension of time for U.S. Marshal to effect service upon defendants (#14) are **DENIED** as moot.

    DATED: December 30, 2011.

_____
HOWARD D. MCKIBBEN
United States District Judge