UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAWSON G. STEVE, | ) | 3:11-CV-0423-HDM (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 6, 2012 |
| | ) | |
| MESHELL PRAWITZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendants' motion to stay discovery and for a denial or stay of plaintiff's cross motion for partial summary judgment (#34).  Plaintiff opposed the motion (#35), and defendants replied (#37).

Defendants' motion to stay discovery (#34) is **GRANTED**.  Defendants' motion to stay plaintiff's cross motion for partial summary judgment (#34) is **GRANTED**.  Defendants shall not be required to respond to plaintiff's cross motion for partial summary judgment until ten days after the court has ruled on defendants' motion to dismiss, if necessary.

The court notes that plaintiff has filed a second response to defendants' motion to dismiss (#36).  The court construes this response as an unauthorized sur-reply and it is hereby **STRICKEN**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
       Deputy Clerk